# Court of Appeals
# of the State of Georgia

ATLANTA, _May 15, 2026_

*The Court of Appeals hereby passes the following order:*

## A26E0193. LUCKY BUCKS, LLC v. SHREE SAT KEVAL INC.

Lucky Bucks, LLC's emergency motion for an extension of time to file its application for discretionary appeal is hereby GRANTED. See Court of Appeals Rule 16(c), 31(h). Lucky Bucks shall file its discretionary application no later than May 29, 2026.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_05/15/2026_*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*